UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DIANAH CONLEY					CIVIL ACTION NO. 23-04534

VERSUS						JUDGE BARBIER

HOMEFIRST AGENCY, INC.				MAGISTRATE JUDGE MEERVELD

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT come the plaintiff, Dianah Conley, and defendant, Homefirst Agency, Inc., and jointly move to dismiss all of plaintiff's claims in the above matter, with prejudice, each party to bear their own costs.

Respectfully submitted:

*/s/ Gordon P. Serou, Jr.*
GORDON P. SEROU, JR. (14432)
BRIAN J. D'ANGELO (39151)
ROY BURTCHAELL (40673)
Law Offices of Gordon P. Serou, Jr., LLC
365 Canal Street, Suite 2280
New Orleans, Louisiana 70130
Tel: (504) 207-1910
Fax: (504) 784-6428
gps@seroulaw.com
bjd@seroulaw.com
rab@seroulaw.com

*Attorneys for Homefirst Agency, Inc.*

AND

*/s/ Mark Ladd*
MARK LADD (30847)
CHINWE ONYENEKWU (34013)
HARRY E. CANTRELL JR (03852) OF Counsel
Galindo Law Firm
3850 North Causeway Blvd, Suite 1520
Metairie, Louisiana 70002
Phone: (713) 228-3030
Fax: (716) 228-3003
mark@galindolaw.com
chewa@galindolaw.com
hurricane@galindolaw.com

*Attorneys for Plaintiff*